# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAWRENCE JONES,

      Plaintiff,               :        Case No. 3:05-mc-016

                                     District Judge Thomas M. Rose

   -vs-                            Chief Magistrate Judge Michael R. Merz

                              :

DR. SOUTH, et al.,

      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on August 2, 2005, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Plaintiff's Application for leave to Proceed *in forma pauperis* be, and it hereby is, denied.

August 16, 2005.

                                                          **s/ Thomas M. Rose**

                                                          _____

                                                                 Thomas M. Rose
                                                       United States District Judge